JURY,MEDIATION,STAYED,TRANSFER−OUT,TYPE−E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25−cv−01332−AHA

DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC et al v. BTL INDUSTRIES, INC., et al
Assigned to: Judge Amir H. Ali
Demand: $1,000,000
Cause: 28:1332 Diversity−Fraud

Date Filed: 05/01/2025
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC** | represented by | **Carmita Raquel Hedman Sequeira**<br>HEDMAN SEQUEIRA LAW PLLC<br>2111 Wilson Blvd., Suite 800<br>Arlington, VA 22201<br>703−883−7808<br>Email: chsequeira.law@gmail.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lars H. Liebeler**<br>LARS LIEBELER, PC<br>900 7th Street, NW<br>Suite 725<br>Washington, DC 20001<br>202−774−1510<br>Email: LLiebeler@LHL−LawFirm.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WEST END DENTAL, PLLC** | represented by | **Carmita Raquel Hedman Sequeira**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lars H. Liebeler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **LAUDAN IZADI**<br>*D.D.S.* | represented by | **Carmita Raquel Hedman Sequeira**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lars H. Liebeler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**BTL INDUSTRIES, INC.**
*TERMINATED: 08/11/2026*

represented by **Dallin Glenn**
362 Elm Street
Suite 5
Marlborough, MA 01752
866−285−1656
Email: glennd@btlnet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MMP CAPITAL, LLC**
*TERMINATED: 08/11/2026*

represented by **Jonathan P. Labukas**
QUARLES & BRADY, LLP
1701 Pennsylvania Ave, NW
Suite 700
Washington, DC 20006
(202) 372−9514
Fax: (202) 372−9594
Email: jonathan.labukas@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARLIN LEASING CORPORATION**
*doing business as*
PEAC SOLUTIONS

represented by **Scott Jeffrey Newton**
THE MANASSAS LAW GROUP, P.C.
9255 Lee Avenue
Manassas, VA 20110
(703) 361−8246
Fax: 703−361−4171
Email: newton@manassaslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2025 | Ï 1 | COMPLAINT DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, WEST END DENTAL, PLLC, LAUDAN IZADI, D.D.S against BTL INDUSTRIES, INC., MMP CAPITAL, LLC, MARLIN LEASING CORPORATION with Jury Demand ( Filing fee $ 405 receipt number ADCDC−11658850) filed by Dupont Smiles Family & Cosmetic Dentistry, PLLC, Laudan Izadi, West End Dental, PLLC. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons)(Liebeler, Lars) Modified on 5/1/2025 to correct docket text (rj). (Attachment 1 replaced on 5/2/2025) (znmw). (Entered: 05/01/2025) |
| 05/01/2025 | Ï 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, WEST END DENTAL, PLLC (Liebeler, Lars) (Entered: 05/01/2025) |
| 05/02/2025 | Ï | Case Assigned to Judge Amir H. Ali. (znmw) (Entered: 05/02/2025) |
| 05/02/2025 | Ï 3 | SUMMONS (3) Issued Electronically as to All Defendants. (Attachments: # 1 Notice and Consent)(znmw) (Entered: 05/02/2025) |

| | | |
|---|---|---|
| 05/12/2025 | Ï 4 | WAIVER OF SERVICE. MARLIN LEASING CORPORATION waiver sent on 5/2/2025, answer due 7/1/2025. (Liebeler, Lars) (Entered: 05/12/2025) |
| 05/12/2025 | Ï 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Carmita Hedman Sequeira, Filing fee $ 100, receipt number ADCDC−11683044. Fee Status: Fee Paid. by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Declaration Declaration of Applicant, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Liebeler, Lars) (Entered: 05/12/2025) |
| 05/12/2025 | Ï 6 | WAIVER OF SERVICE. BTL INDUSTRIES, INC. waiver sent on 5/2/2025, answer due 7/1/2025. (Liebeler, Lars) (Entered: 05/12/2025) |
| 05/13/2025 | Ï | MINUTE ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. Attorney Carmita Hedman Sequeira is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Click for instructions. Signed by Judge Amir H. Ali on 5/13/2025. (lcaha1) (Entered: 05/13/2025) |
| 05/13/2025 | Ï 7 | NOTICE of Appearance by Carmita Raquel Hedman Sequeira on behalf of All Plaintiffs (Hedman Sequeira, Carmita) (Entered: 05/13/2025) |
| 05/14/2025 | Ï 8 | STANDING ORDER. The parties are ordered to comply with the directives set forth in the attached standing order. See document for details. Signed by Judge Amir H. Ali on 5/14/2025. (lcaha1) (Entered: 05/14/2025) |
| 05/29/2025 | Ï 9 | WAIVER OF SERVICE. MMP CAPITAL, LLC waiver sent on 5/2/2025, answer due 7/1/2025. (Liebeler, Lars) (Entered: 05/29/2025) |
| 06/30/2025 | Ï 10 | NOTICE of Appearance by Scott Jeffrey Newton on behalf of MARLIN LEASING CORPORATION (Newton, Scott) (Main Document 10 replaced on 7/2/2025) (mg). (Entered: 06/30/2025) |
| 06/30/2025 | Ï 11 | MOTION to Dismiss by MARLIN LEASING CORPORATION. (Attachments: # 1 Proposed Order)(Newton, Scott) (Entered: 06/30/2025) |
| 07/01/2025 | Ï 12 | MOTION to Dismiss for Lack of Jurisdiction by BTL INDUSTRIES, INC.. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Glenn, Dallin) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 13 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BTL INDUSTRIES, INC. (Glenn, Dallin) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 14 | NOTICE of Appearance by Jonathan P. Labukas on behalf of MMP CAPITAL, LLC (Labukas, Jonathan) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 15 | MOTION to Transfer Case *MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)* by MMP CAPITAL, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Proposed Order)(Labukas, Jonathan) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 16 | MOTION to Dismiss *COUNTS I−V OF PLAINTIFFS COMPLAINT AND SUPPORTING MEMORANDUM OF LAW* by MMP CAPITAL, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Proposed Order)(Labukas, Jonathan) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 17 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MMP CAPITAL, LLC (Labukas, Jonathan) (Entered: 07/01/2025) |
| 07/14/2025 | Ï 18 | AMENDED COMPLAINT against All Defendants with Jury Demand filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Exhibit Redlined Amended Complaint)(Liebeler, Lars) (Entered: 07/14/2025) |

| | | |
|---|---|---|
| 07/14/2025 | Ï 19 | RESPONSE re 15 MOTION to Transfer Case *MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)*, 12 MOTION to Dismiss for Lack of Jurisdiction filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 07/14/2025) |
| 07/21/2025 | Ï 20 | REPLY to opposition to motion re 15 Motion to Transfer Case *REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)* filed by MMP CAPITAL, LLC. (Labukas, Jonathan) (Entered: 07/21/2025) |
| 07/22/2025 | Ï | MINUTE ORDER. Defendants' 11 16 motions to dismiss are denied without prejudice as moot in light of Plaintiff's 18 amended complaint. Signed by Judge Amir H. Ali on 7/22/2025. (lcaha1) (Entered: 07/22/2025) |
| 07/25/2025 | Ï 21 | MOTION to Dismiss by BTL INDUSTRIES, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Disclosure)(Glenn, Dallin) (Entered: 07/25/2025) |
| 07/28/2025 | Ï 22 | MOTION to Dismiss *Amended Complaint* by MARLIN LEASING CORPORATION. (Attachments: # 1 Text of Proposed Order)(Newton, Scott) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 23 | ERRATA by BTL INDUSTRIES, INC. re 21 Motion to Dismiss. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Glenn, Dallin) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 24 | MOTION to Dismiss *COUNTS I−VI OF PLAINTIFFS AMENDED COMPLAINT AND SUPPORTING MEMORANDUM OF LAW* by MMP CAPITAL, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Text of Proposed Order Proposed Order)(Labukas, Jonathan) (Entered: 07/28/2025) |
| 08/07/2025 | Ï 25 | Memorandum in opposition to re 21 MOTION to Dismiss filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 08/07/2025) |
| 08/11/2025 | Ï 26 | Memorandum in opposition to re 22 MOTION to Dismiss *Amended Complaint*, 24 MOTION to Dismiss *COUNTS I−VI OF PLAINTIFFS AMENDED COMPLAINT AND SUPPORTING MEMORANDUM OF LAW* filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Liebeler, Lars) (Entered: 08/11/2025) |
| 08/14/2025 | Ï 27 | REPLY re 21 MOTION to Dismiss filed by BTL INDUSTRIES, INC.. (Glenn, Dallin) (Entered: 08/14/2025) |
| 08/18/2025 | Ï 28 | REPLY to opposition to motion re 24 Motion to Dismiss *Amended Complaint* filed by MMP CAPITAL, LLC. (Labukas, Jonathan) (Entered: 08/18/2025) |
| 12/20/2025 | Ï 29 | NOTICE OF SUPPLEMENTAL AUTHORITY by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC (Attachments: # 1 Exhibit Exhibit 1)(Liebeler, Lars) (Entered: 12/20/2025) |
| 02/05/2026 | Ï | MINUTE ORDER. The court will hold a hearing on Defendants' 12 15 21 22 24 motions on February 17, 2026, at 10:00 a.m. in Courtroom 19. The parties should be prepared to discuss both venue and the merits of the motions to dismiss. Signed by Judge Amir H. Ali on 2/5/2026. (lcaha1) (Entered: 02/05/2026) |
| 02/06/2026 | Ï 30 | Joint MOTION to Continue *Hearing on Defendants' Motions* by MMP CAPITAL, LLC. (Attachments: # 1 Text of Proposed Order)(Labukas, Jonathan) (Entered: 02/06/2026) |
| 02/06/2026 | Ï | MINUTE ORDER. The parties' 30 joint motion to continue hearing on Defendants' motions is granted. The motion hearing set for February 17, 2026, at 10:00 a.m is continued to February 26, 2026, at 10:00 a.m. in Courtroom 19. Signed by Judge Amir H. Ali on 2/6/2026. (lcaha1) Modified on 2/13/2026. (zalh) (Entered: 02/06/2026) |

| | | |
|---|---|---|
| 02/19/2026 | Ï 31 | NOTICE OF SUPPLEMENTAL AUTHORITY by MMP CAPITAL, LLC (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Labukas, Jonathan) (Entered: 02/19/2026) |
| 02/24/2026 | Ï 32 | RESPONSE re 31 NOTICE OF SUPPLEMENTAL AUTHORITY filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Liebeler, Lars) (Entered: 02/24/2026) |
| 02/26/2026 | Ï | Minute Entry for proceedings held before Judge Amir H. Ali: Motion Hearing held on 2/26/2026 re Defendant BTL Industries, Inc.'s 12 Motion to Dismiss, Defendant MMP Capital, LLC's 15 Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a), Defendant BTL Industries, Inc.'s 21 Motion to Dismiss First Amended Complaint, Defendant Marlin Leasing Corporation d/b/a Peac Solution's 22 Motion to Dismiss Plaintiff's First Amended Complaint, and Defendant MMP Capital, LLC's 24 Motion to Dismiss Counts I−VI of Plaintiff's Amended Complaint. Oral arguments heard. The court takes matter under advisement. Defendant BTL Industries, Inc. shall file a submission regarding mediation by close of business on 2/27/2026. (Court Reporter: Sonja Reeves) (zalh) (Entered: 02/26/2026) |
| 02/27/2026 | Ï 33 | NOTICE *REGARDNG MEDIATION* by BTL INDUSTRIES, INC. (Glenn, Dallin) (Entered: 02/27/2026) |
| 02/27/2026 | Ï | MINUTE ORDER. Consistent with the discussion at yesterday's motion hearing and Defendant BTL Industries' 33 notice regarding mediation, this case is referred to the Court's Mediation Program. The parties would benefit from a mediator with experience mediating contractual disputes. Signed by Judge Amir H. Ali on 2/27/2026. (lcaha1) (Entered: 02/27/2026) |
| 02/27/2026 | Ï | MINUTE ORDER. The case is stayed until further order of the court. The parties shall file a joint status report updating the court on the progress of mediation by April 13, 2026. The court reserves judgment on the parties' arguments regarding transfer and dismissal, as well as whether to order discovery on issues of venue, pending mediation. Signed by Judge Amir H. Ali on 2/27/2026. (lcaha1) (Entered: 02/27/2026) |
| 04/10/2026 | Ï 34 | Joint STATUS REPORT by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Liebeler, Lars) (Entered: 04/10/2026) |
| 04/10/2026 | Ï | MINUTE ORDER. The court is in receipt of the parties' 34 joint status report. The parties shall file another joint status report updating the court on the progress of mediation by April 30, 2026. Signed by Judge Amir H. Ali on 4/10/2026. (lcaha1) (Entered: 04/10/2026) |
| 05/01/2026 | Ï 35 | Joint STATUS REPORT by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Liebeler, Lars) (Entered: 05/01/2026) |
| 05/04/2026 | Ï 36 | MOTION to Deposit Funds by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Text of Proposed Order)(Liebeler, Lars) (Entered: 05/04/2026) |
| 05/18/2026 | Ï 37 | Memorandum in opposition to re 36 MOTION to Deposit Funds filed by MMP CAPITAL, LLC. (Attachments: # 1 Exhibit)(Labukas, Jonathan) (Entered: 05/18/2026) |
| 05/18/2026 | Ï 38 | Memorandum in opposition to re 36 MOTION to Deposit Funds filed by BTL INDUSTRIES, INC.. (Glenn, Dallin) (Entered: 05/18/2026) |
| 05/21/2026 | Ï 39 | REPLY to opposition to motion re 36 Motion to Deposit Funds filed by DUPONT SMILES FAMILY & COSMETIC DENTISTRY, PLLC, LAUDAN IZADI, WEST END DENTAL, PLLC. (Attachments: # 1 Exhibit Exhibit A)(Liebeler, Lars) (Entered: 05/21/2026) |
| 05/22/2026 | Ï 40 | Memorandum in opposition to re 36 MOTION to Deposit Funds filed by MARLIN LEASING CORPORATION. (Newton, Scott) (Entered: 05/22/2026) |

| | | |
|---|---|---|
| 08/11/2026 | Ï 41 | MEMORANDUM OPINION AND ORDER. Defendant MMP Capital's 15 motion to transfer is granted, and Defendant BTL Industries' 21 motion to dismiss is granted in part and denied in part. See document for details. The Clerk of Court is directed to transfer forthwith the claims against MMP Capital to the Eastern District of New York and the claims against BTL Industries to the District of Massachusetts. Signed by Judge Amir H. Ali on 8/11/2026. (lcaha1) (Entered: 08/11/2026) |
| 08/12/2026 | Ï 42 | Case transferred to the USDC for the Eastern District of New York pursuant to 41 Memorandum & Opinion, the claims against MMP Capital. Sent to Court via extraction. (mg) Modified docket text on 8/12/2026 (mg). (Entered: 08/12/2026) |
| 08/12/2026 | Ï | MINUTE ORDER. By August 19, 2026, Plaintiffs and Defendant Marlin Leasing Corporation (d/b/a PEAC Solutions) shall: (1) confer about whether, in light of the court's 41 memorandum opinion, they agree this case should be transferred to either the Eastern District of New York or the District of Massachusetts; and (2) jointly file a status report with the court stating the parties' positions. Signed by Judge Amir H. Ali on 8/12/2026. (lcaha1) (Entered: 08/12/2026) |